

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONNY FERNANDO BELTRAN,<br><br>Defendant. | Case No. 2:17-CR-00658-JFW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3142] |

I.

On July 9, 2018, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter. Defendant was represented by Deputy Federal Public Defender Anne Hwang.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

|   |   |
|---|---|
| 1 | Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § |
| 2 | 3142, following Defendant's arrest for alleged violation(s) of the terms of |
| 3 | Defendant's ☐ probation / ☒ supervised release, |
| 4 | The Court finds that : |
| 5 | A.   ☒   Defendant has not carried his burden of establishing by clear |
| 6 | and convincing evidence that Defendant will appear for further proceedings as |
| 7 | required if released [18 U.S.C. § 3142(b-c)]. This finding is based on: |
| 8 | ☒ allegations in the petition that include Defendant's failure to report for |
| 9 | random drug testing on multiple dates, failure to report to two therapy |
| 10 | treatment sessions, failure to comply with the rules and regulations of the |
| 11 | home detention program which thereby caused his termination from the |
| 12 | program; |
| 13 | ☒ lack of bail resources; |
| 14 | ☒ unknown employment and family ties; |
| 15 | ☒ not amenable to supervision as evidenced by his failure to participate |
| 16 | in random drug testing and failure to comply with Court ordered home |
| 17 | detention. |
| 18 | B.   ☒   Defendant has not carried his burden of establishing by clear |
| 19 | and convincing evidence that Defendant will not endanger the safety of any |
| 20 | other person or the community if released [18 U.S.C. § 3142(b-c)]. This |
| 21 | finding is based on: |
| 22 | ☒ Defendant's prior record; |
| 23 | ☒ unknown history of substance abuse and unknown mental condition; |

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: July 9, 2018

                                          /s/
                            MARIA A. AUDERO
                    UNITED STATES MAGISTRATE JUDGE